### 1

Bill JERICHO v. STATE. (No. 10566.) (Court of Criminal Appeals of Texas. Jan. 5, 1927.) Appeal from District Court, Brazos County; W. C. Davis, Judge. Lamar Bethea, of Bryan, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful possession of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of two years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

---

### 2

D. R. JONES v. STATE. (No. 10703.) (Court of Criminal Appeals of Texas. Dec. 22, 1926.) Appeal from District Court, Angelina County; C. A. Hodges, Judge. Fairchild & Redditt, of Lufkin, for appellant. Sam. D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year. Upon the written request of the appellant. duly verified by his affidavit, the appeal is dismissed.

---

### 3

C. F. KERNS v. STATE. (No. 10734.) (Court of Criminal Appeals of Texas. Jan. 5, 1927.) Appeal from District Court, Taylor County; W. R. Ely, Judge. Ben L. Cox, of Abilene, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful possession of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of three years. Since the filing of his appeal in this court, appellant has filed a written motion, duly verified, requesting the dismissal of said appeal. The motion is granted, and the appeal is ordered dismissed.

---

### 4

W. N. KING v. STATE. (No. 9776.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Appeal from District Court, Fayette County; M. C. Jeffrey, Judge. Allan B. Hannay and John M. Mathis, Sr., both of Houston, Geo. Willrich, of La Grange, C. E. Nesrsta, of San Antonio, and Heidingsfelder, Kahn & Branch, of Houston, for appellant. C. G. Krueger, of Bellville, Fred L. Blundell, Dist. Atty., of Lockhart, Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

HAWKINS, J. Conviction is for murder, with punishment fixed at 25 years in the penitentiary. The judgment of conviction has been affirmed by an opinion of this court heretofore rendered, and appellant filed his motion for rehearing. Pending such motion, he now files his affidavit, advising this court that he desires to abandon his motion, and requests a dismissal of his appeal. Upon such request, the opinion heretofore rendered is withdrawn, and the appeal ordered dismissed.

---

### 5

Eugene KYLE v. STATE. (No. 10341.) (Court of Criminal Appeals of Texas. Jan. 5, 1927.) Commissioner's Decision. Appeal from District Court, Collin County; F. E. Wilcox, Judge. Hughston & Neilson and Moulden & Abernathy, all of McKinney, for appellant. H. Grady Chandler, Co. Atty., and W. C. Dowdy, Asst. Co. Atty., both of McKinney, Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

BETHEA, J. Conviction is in the district court of Collin county for the offense of manslaughter; punishment assessed at confinement in the penitentiary for a term of five years. We find in the record an affidavit, made by the appellant in due form, requesting that this appeal be dismissed. The request is granted. The appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

### 6

Don McCOMBS v. STATE. (No. 10725.) (Court of Criminal Appeals of Texas. Jan. 5, 1927.) Appeal from District Court, Lubbock County; Clark M. Mullican, Judge. W. C. Witcher, of Lubbock, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Appeal is from a conviction for the transportation of intoxicating liquors; punishment being fixed at two years' confinement in the penitentiary. Appellant files in this court his affidavit, advising the court that he no longer desires to prosecute his appeal, and, complying with his request, the same is ordered dismissed.